FILED: January 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2330

(1:12-cv-00029-TDS-JEP)

_____

E. L., by and through her parents, Gina Lorsson and Devin Lorsson

      Plaintiff - Appellant

v.

CHAPEL HILL-CARRBORO BOARD OF EDUCATION

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 02/07/2014

Opening brief due: 02/07/2014

Response brief due: 03/12/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk