No. 13-2330

# United States Court of Appeals for the Fourth Circuit

**E.L., ET AL,**
*Plaintiffs-Appellants,*

v.

**CHAPEL HILL-CARRBORO BOARD OF EDUCATION,**
*Defendant-Appellee*

## MOTION TO SEAL VOLUMES II-IX OF THE JOINT APPENDIX

Plaintiffs, pursuant to Local Rule 25(c)(2), respectfully move for an Order sealing volumes II through IX of the Joint Appendix to the Briefs in this action, and, in support of this motion, Plaintiffs show the court that:

1. The documents for which sealing is requested are separately bound in Volume II through Volume IX of the Joint Appendix to the Briefs.

2. Sealing of those volumes is necessary because they contain documents and information regarding the education of identifiable children with disabilities, which are protected from disclosure by federal and state educational laws. These volumes also contain records protected by North Carolina statutes forbidding the disclosure of state and local educational agency personnel records.

3. Plaintiffs' counsel can identify no less drastic alternative to sealing that will afford adequate protection of the protected materials. Redaction of the protected materials would render much of their content indecipherable, if not useless. In the district court the materials in Volumes II through IX were not filed electronically with the district court's CM/ECF system; rather, they were maintained by the Clerk in hardcopy form only.

4. Plaintiffs request that Volumes II through IX of the Joint Appendix be maintained under seal until the final disposition of this action, at which time, they may be removed from the Court's CM/ECF system and either destroyed or maintained in hardcopy form.

5. Plaintiffs' counsel has notified Defendant's counsel regarding this motion; Defendant has not yet reported its position on the motion.

Respectfully submitted.

        /s / Robert C. Ekstrand
        ROBERT C. EKSTRAND
        STEFANIE A. SMITH
        EKSTRAND & EKSTRAND LLP
          110 Swift Avenue, Second Floor
          Durham, North Carolina 27705
          (919) 416-4590
        *Attorneys for Plaintiffs-Appellants*

February 8, 2014

## CERTIFICATE OF FILING AND SERVICE

I certify that, on February 8, 2014, the foregoing Motion to Seal Volumes II-IX of the Joint Appendix was electronically filed via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all parties' counsel who are registered with the CM/ECF system, and that all parties are represented by counsel who are registered to receive all Notices of Electronic Filing in this action.

/s/ Robert C. Ekstrand
Robert C. Ekstrand
EKSTRAND & EKSTRAND LLP