

150 Fayetteville Street, Suite 1800
PO Box 1151
Raleigh, NC 27602-1151

Ken Soo

ksoo@tharringtonsmith.com

February 19, 2014

Mr. Jeffrey S. Neal, Deputy Clerk
United States Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: E.L., et al. v. Chapel Hill-Carrboro Board of Education
No. 13-2330

Dear Mr. Neal:

I am in receipt of your request for a response to Appellants' Motion to Seal the Joint Appendix in the above referenced matter. We consent to Appellants' motion and agree that Volumes II through IX of the joint appendix should be sealed.

Please feel free to contact me if you have any questions or require further information.

Sincerely,

THARRINGTON SMITH, LLP

Kenneth A. Soo

Cc: Bob Ekstrand

P 919.821.4711    F 919.829.1583    tharringtonsmith.com