## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 19, 2014

_____

RESPONSE REQUESTED

_____

No. 13-2330,   E. L. v. Chapel Hill-Carrboro Board
1:12-cv-00029-TDS-JEP

TO:   Robert Christopher Ekstrand
      Stefanie Anne Smith

RESPONSE DUE: 04/03/2014

Response is required to the motion for leave to file an amicus curiae brief. Response must be filed by the response due date shown in this notice.

Jeffrey S. Neal, Deputy Clerk
804-916-2702